1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

JAMES ERNEST DICKERSON

Plaintiff,

11

12

v.

Case No. C06-5301FDB

13

C/O KORZILIUS *et* al.,

ORDER TO PROVIDE
SERVICE DOCUMENTS

14

Defendants

15

16        Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable

17   complaint.  There are an insufficient number of copies and no Marshal service forms on file.  **The**

18   **clerks office is directed to send Mr. Dickerson six Marshal service forms.**

19        Plaintiff will fill out a form for **each defendant and provide a copy of the complaint and**

20   **the form to the court on or before September 1st, 2006** or the court will recommend this action be

21   dismissed for failure to comply with a court order and failure to prosecute.

22        The Clerk is directed to send a copy of this Order to plaintiff and note this matter for

23   **September 1st, 2006.**

24                    DATED this 1st day of August 2006.

25

26                         */S/ J. Kelley Arnold*
                         J. Kelley Arnold

27                         United States Magistrate Judge

28   ORDER