1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                     AT TACOMA

10   JAMES ERNEST DICKERSON,                          Case No.  C06-5301FDB

11                      Plaintiff,
                                                      ORDER GRANTING
12         v.                                         APPLICATION TO PROCEED *IN
                                                      FORMA PAUPERIS* AND
13   C/O KORZILIUS *et al.*,                          DIRECTING INSTITUTION TO
                                                      CALCULATE, COLLECT, AND
14                      Defendants.                   FORWARD PAYMENTS

15

16         The Court, having reviewed plaintiff's application to proceed in forma pauperis (Dkt. # 3), does

17   hereby find and ORDER.

18         (1) Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security

19   therefor.  Accordingly, plaintiff's application to proceed as a pauper is **GRANTED.  As set forth below,**

20   **an initial partial filing fee will be collected, and plaintiff is required to make monthly payments of**

21   **20 percent of the preceding months income credited to his/her account until the full amount of the**

22   **filing fee is satisfied.**

23         (2) Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed *in forma*

24   *pauperis*, the agency having custody of the above named plaintiff is directed to calculate an initial partial

25   filing fee equal to 20 percent of greater of -- the average monthly deposits to the prisoner's account or the

26   average monthly balance in the prisoner's account for the 6-month period immediately preceding the date

27   of this Order.  The initial partial filing fee should be forwarded to the court clerk as soon as practicable.

28         Subsequently, if the prisoner's account exceeds $10.00, each month the agency is directed to

ORDER
Page - 1

1  collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to

2  the prisoner's account.   In the event that the monthly payment would reduce the prisoner's account below

3  $10.00, the agency should collect and forward only that amount which would reduce the prisoner's

4  account to the $10.00 level.  Please note that this $10.00 limit does not apply to the initial partial filing fee

5  described above.  Finally, the monthly payments should be collected and forwarded to the court until the

6  entire filing fee ($350.00) for this matter has been paid.

7          (3)  The Clerk is directed to send plaintiff  a copy of this Order and the General Order, and a copy

8  of this Order along with a copy of plaintiff's Acknowledgment and Authorization portion of the IFP

9  application to the attention of the inmate account manager (IFP account manager) at the Washington State

10  Department of Corrections.

11

12          DATED this 1st day of August, 2006.

13

14                                    /S/ J. Kelley Arnold
                                      J. Kelley Arnold
15                                    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2