UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

    v.

C/O KORZILIUS, *et al.*,

    Defendant.

Case No. C06-5301

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION WITHOUT PREJUDICE

       The Magistrate Judge recommends that this 42 U.S.C. § 1983 Civil Rights action be dismissed without prejudice for failure of Plaintiff to comply with Court Order to submit service documents. The Plaintiff has filed an Objection contending generally that this Court has failed to aid Plaintiff in his endeavor to argue his case before the Court. Plaintiff's argument is unpersuasive. Plaintiff has been granted in forma pauperis status. Plaintiff was directed to provide service through the Marshall service and provide this Court with a copy of the complaint and service form on or before September 1, 2006. Plaintiff failed to comply and the Magistrate recommends dismissal.

       The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelly Arnold, the Objections of Plaintiff and the remaining record, does hereby find and ORDER:

ORDER - 1

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's Order to provide service documents; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelly Arnold.

DATED this 17th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2